O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEE HUNT,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>THERESA CICNERO, Warden,<br><br>　　　　Respondent. | Case No. 2:22-cv-02472-JAK-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (Dkt. 8), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 10). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered denying the First Amended Petition.

DATED:  September 14, 2022

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE