JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL LEE HUNT,<br><br>        Petitioner,<br><br>    v.<br><br>THERESA CICNERO, Warden,<br><br>        Respondent. | Case No. 2:22-cv-02472-JAK-KES<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

    IT IS ADJUDGED that the First Amended Petition is denied.

DATED:  September 14, 2022          _____
                                    JOHN A. KRONSTADT
                                    UNITED STATES DISTRICT JUDGE